August Gugelmann, SBN 240544
SWANSON McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for RODGRIGO PARRA-LARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    vs.<br><br>RODRIGO PARRA-LARA,<br><br>                          Defendant. | Case No. CR 25-0383 AMO<br><br>**STIPULATION AND [~~PROPOSED~~]****ORDER TO CONTINUE** |

Defendant Rodrigo Parra-Lara and the United States hereby stipulate and agree as follows:

1) A status conference before this Court is currently scheduled for June 1, 2026.

2) The government has produced discovery, which consists of several thousand documents. In order to allow the defense adequate time to review and for the parties to continue discussions regarding resolution, the parties agree that the matter should be set for change of plea or status conference in approximately 60 days, to August 3, 2026 or a date thereafter convenient to the Court.

3) The parties agree that time should be excluded under the Speedy Trial Act through August 3, 2026. The parties stipulate and agree that excluding time will allow for the effective preparation of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further

stipulate and agree that the ends of justice served by excluding time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

Dated: May 26, 2026

_____/s/_____
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Rodrigo Parra-Lara

_____/s/_____
Kevin Yeh
Assistant United States Attorney

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The status conference scheduled for June 1, 2026 is continued, and the matter is set for change of plea and/or status on August 3, 2026 at 2:00 p.m. IT IS FURTHER ORDERED that the time from June 1 through August 3, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The Court finds that failing to exclude time would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: _____5/27/2026_____

Hon. Araceli Martínez-Olguín
United States District Court

2

**Stipulation and [Proposed] Order to Continue**
*United States v. Parra-Lara*, CR 25-0383 AMO