August Gugelmann, SBN 240544
SWANSON McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for RODGRIGO PARRA-LARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RODRIGO PARRA-LARA,<br>Defendant. | Case No. CR 25-0383 AMO<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE**<br>MODIFIED |

Defendant Rodrigo Parra-Lara and the United States hereby stipulate and agree as follows:

This matter is set for status or change of plea on August 3, 2026. The parties continue to discuss resolution, and defense counsel continues to review discovery (which consists of several thousand documents). To allow additional time to finalize those discussions and review, the parties stipulate and agree that the matter should be set for change of plea on August 24, 2026 or a date thereafter convenient to the Court.

The parties further agree that time should be excluded under the Speedy Trial Act through August 24, 2026. The parties stipulate and agree that excluding time will allow for the effective preparation of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from computation under the

Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

Dated: July 24, 2026

/s/
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Rodrigo Parra-Lara

/s/
Kevin Yeh
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The hearing scheduled for August 3, 2026 is continued to August 24, 2026 at ~~2:00 p.m.~~ 3:00 p.m. IT IS FURTHER ORDERED that the time from August 3 through August 24, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The Court finds that failing to exclude time would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv). Change of Plea hearing set for August 24, 2026 at 3:00 p.m.

Dated: July 27, 2026

Hon. Araceli Martínez-Olguín
United States District Court